■ GILBERT HERNANDEZ, Appellant, v CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Defendant, and DANELLA CONSTRUCTION OF NY INC., Respondent. (And a Third-Party Action.) [40 NYS3d 764]—

Order, Supreme Court, Bronx County (Howard H. Sherman, J.), entered September 24, 2015, which granted defendant Danella Construction of NY, Inc.'s motion to reduce the damages portion of the verdict and order a new trial of damages unless plaintiff stipulated to accept the reduced damages, unanimously affirmed, without costs.

The jury's award for pain and suffering deviated materially from reasonable compensation for the injuries sustained by plaintiff (CPLR 5501 [c]). The award for future medical expenses was not supported by the trial evidence (*see e.g. Hyatt v Metro-North Commuter R.R.*, 16 AD3d 218, 219 [1st Dept 2005]). Concur—Mazzarelli, J.P., Andrias, Saxe, Feinman and Gische, JJ.